**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NILS HENNINGER,<br><br>    Plaintiff,<br><br>vs.<br><br>ZYNGA INC., MARK PINCUS, FRANK GIBEAU, REGINA E. DUGAN, WILLIAM GORDON, LOUIS J. LAVIGNE JR., CAROL G. MILLS, JANICE M. ROBERTS, ELLEN F. SIMINOFF, and NOEL WATSON,<br><br>    Defendants. | Case No.: 3:22-cv-01694-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Nils Henninger ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: June 7, 2022     **BRODSKY & SMITH**

By: */s/ Evan J. Smith*
Evan J. Smith
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile (310) 247-0160

*Attorneys for Plaintiff*